**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** — MDL No. 1842

## SCHEDULE CTO-10 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| MINNESOTA | | | | |
| MN | 0 | 07-4345 | Paula P. Thompson v. Davol, Inc., et al. | CA 07-1989 ✓ |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3444 | Luis Aguilar-Rodriguez v. Davol, Inc., et al. | CA 07-1990 |
| TXS | 4 | 07-3445 | Carol A. Bishop v. Davol, Inc., et al. | CA 07-1991 |
| TXS | 4 | 07-3447 | Shawn Ray Brown v. Davol, Inc., et al. | CA 07-1992 |
| TXS | 4 | 07-3458 | Chester Wilson Brumley v. Davol, Inc., et al. | CA 07-1993 |
| TXS | 4 | 07-3459 | Michele L. Farmer v. Davol, Inc., et al. | CA 07-1994 |
| TXS | 4 | 07-3460 | Thomas Joseph Gillogly v. Davol, Inc., et al. | CA 07-1995 |
| TXS | 4 | 07-3462 | Marian M. Koryciak v. Davol, Inc., et al. | CA 07-1996 |
| TXS | 4 | 07-3463 | Danny Ray Pritchett v. Davol, Inc., et al. | CA 07-1997 |
| TXS | 4 | 07-3464 | Donald A. Schwarzenbart v. Davol, Inc., et al. | CA 07-1998 |
| TXS | 4 | 07-3465 | Melinda S. Votion v. Davol, Inc., et al. | CA 07-1999 |
| TXS | 4 | 07-3466 | Joyce Ann Johnson v. Davol, Inc., et al. | CA 07-2000 |
| TXS | 4 | 07-3467 | Margaret Ann Ingram v. Davol, Inc., et al. | CA 07-2001 |
| TXS | 4 | 07-3469 | Maurice Patrick Hintz v. Davol, Inc., et al. | CA 07-2002 |
| TXS | 4 | 07-3470 | Debby Lynn Hernandez v. Davol, Inc., et al. | CA 07-2003 |
| TXS | 4 | 07-3471 | Ronnie Lee Henson v. Davol, Inc., et al. | CA 07-2004 |
| TXS | 4 | 07-3472 | Jeffrey Clark Hatcher v. Davol, Inc., et al. | CA 07-2005 |
| TXS | 4 | 07-3473 | Rodney Lee Hammonds v. Davol, Inc., et al. | CA 07-2006 |
| TXS | 4 | 07-3474 | Dorothy M. Davis v. Davol, Inc., et al. | CA 07-2007 |
| TXS | 4 | 07-3475 | Gwen A. Coney v. Davol, Inc., et al. | CA 07-2008 |
| TXS | 4 | 07-3477 | Lydia G. Cole v. Davol, Inc., et al. | CA 07-2009 |
| TXS | 4 | 07-3545 | Buford H. Adkins v. Davol, Inc., et al. | CA 07-2010 |
| TXS | 4 | 07-3546 | Charoletta C. Blackmon v. Davol, Inc., et al. | CA 07-2011 |
| TXS | 4 | 07-3547 | Georgiana K. Donohoo v. Davol, Inc., et al. | CA 07-2012 |
| TXS | 4 | 07-3548 | Craig E. Feese v. Davol, Inc., et al. | CA 07-2013 |
| TXS | 4 | 07-3549 | Richard T. Gillespie v. Davol, Inc., et al. | CA 07-2014 |
| TXS | 4 | 07-3550 | Marvin D. Holler v. Davol, Inc., et al. | CA 07-2015 |
| TXS | 4 | 07-3551 | Lawrence Paul Horne v. Davol, Inc., et al. | CA 07-2016 |
| TXS | 4 | 07-3552 | Warren Scott Hugelier v. Davol, Inc., et al. | CA 07-2017 |
| TXS | 4 | 07-3553 | Richard E. Wolfsheimer v. Davol, Inc., et al. | CA 07-2018 |
| TXS | 4 | 07-3554 | Ann Margaret Wright v. Davol, Inc., et al. | CA 07-2019 |
| TXS | 4 | 07-3570 | W.L. Akins v. Davol, Inc., et al. | CA 07-2020 |
| TXS | 4 | 07-3571 | Amado Alejos v. Davol, Inc., et al. | CA 07-2021 |
| TXS | 4 | 07-3572 | James C. Andrews v. Davol, Inc., et al. | CA 07-2022 |
| TXS | 4 | 07-3573 | David L. Arnold v. Davol, Inc., et al. | CA 07-2023 |
| TXS | 4 | 07-3574 | Michele Marie Beck v. Davol, Inc., et al. | CA 07-2024 |

**MDL No. 1842 - Schedule CTO-10 Tag -Along Actions (Continued)**

| DIST. DIV. C.A. # | | | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3575 | Harry F. Berrios v. Davol, Inc., et al. | CA 07-2025 |
| TXS | 4 | 07-3576 | Sandra S. Borowski v. Davol, Inc., et al. | CA 07-2026 |
| TXS | 4 | 07-3577 | Ronald Wayne Bradshaw v. Davol, Inc., et al. | CA 07-2027 |
| TXS | 4 | 07-3578 | Claudette Dashawn Brown v. Davol, Inc., et al. | CA 07-2028 |
| TXS | 4 | 07-3579 | Betty Camus v. Davol, Inc., et al. | CA 07-2029 |
| TXS | 4 | 07-3580 | Frances Oveda Carroll v. Davol, Inc., et al. | CA 07-2030 |
| TXS | 4 | 07-3581 | Kellie Darlene Deal v. Davol, Inc., et al. | CA 07-2031 |
| TXS | 4 | 07-3583 | Josef A. Dillmann v. Davol, Inc., et al. | CA 07-2032 |
| TXS | 4 | 07-3584 | George Ward Fellabaum v. Davol, Inc., et al. | CA 07-2033 |
| TXS | 4 | 07-3585 | Kelly M. Follin v. Davol, Inc., et al. | CA 07-2034 |
| TXS | 4 | 07-3586 | Janie Marie Gaines v. Davol, Inc., et al. | CA 07-2035 |
| TXS | 4 | 07-3587 | Krisy Lee Geer v. Davol, Inc., et al. | CA 07-2036 |
| TXS | 4 | 07-3588 | Harold Gomez v. Davol, Inc., et al. | CA 07-2037 |
| TXS | 4 | 07-3589 | Donald N. Gregg v. Davol, Inc., et al. | CA 07-2038 |
| TXS | 4 | 07-3590 | Jose L. Gutierrez, Jr. v. Davol, Inc., et al. | CA 07-2039 |
| TXS | 4 | 07-3591 | Margo Lynn Hilton v. Davol, Inc., et al. | CA 07-2040 |
| TXS | 4 | 07-3592 | Aubrey L. Hineman v. Davol, Inc., et al. | CA 07-2041 |
| TXS | 4 | 07-3593 | Joanna P. Kelly v. Davol, Inc., et al. | CA 07-2042 |
| TXS | 4 | 07-3594 | Fay M. King v. Davol, Inc., et al. | CA 07-2043 |
| TXS | 4 | 07-3595 | Cody R. Klewin v. Davol, Inc., et al. | CA 07-2044 |
| TXS | 4 | 07-3596 | Steven L. Lawson v. Davol, Inc., et al. | CA 07-2045 |
| TXS | 4 | 07-3597 | David Dean Lay v. Davol, Inc., et al. | CA 07-2046 |
| TXS | 4 | 07-3598 | Linda Y. Leonard v. Davol, Inc., et al. | CA 07-2047 |
| TXS | 4 | 07-3600 | Levi D. Madison v. Davol, Inc., et al. | CA 07-2048 |
| TXS | 4 | 07-3601 | Christine Marie Mallett v. Davol, Inc., et al. | CA 07-2049 |
| TXS | 4 | 07-3618 | Ellie Mae Kendrick v. Davol, Inc., et al. | CA 07-2050 |
| TXS | 4 | 07-3619 | Trevus Gail Manning v. Davol, Inc., et al. | CA 07-2051 |
| TXS | 4 | 07-3620 | Deborah D. McBride v. Davol, Inc., et al. | CA 07-2052 |
| TXS | 4 | 07-3621 | Charles Winston McCray, II v. Davol, Inc., et al. | CA 07-2053 |
| TXS | 4 | 07-3622 | Reta Faye Miller v. Davol, Inc., et al. | CA 07-2054 |
| TXS | 4 | 07-3624 | John M. Morgan v. Davol, Inc., et al. | CA 07-2055 |
| TXS | 4 | 07-3625 | Deward A. Myers v. Davol, Inc., et al. | CA 07-2056 |
| TXS | 4 | 07-3626 | Charles S. Nay v. Davol, Inc., et al. | CA 07-2057 |
| TXS | 4 | 07-3627 | Linda Sue Nichols v. Davol, Inc., et al. | CA 07-2058 |
| TXS | 4 | 07-3629 | William Leonard Norris v. Davol, Inc., et al. | CA 07-2059 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-10)**

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H. Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## INVOLVED JUDGES LIST (CTO-10)

Hon. David S. Doty
Senior U.S. District Judge
14W United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Samuel B. Kent
U.S. District Judge
613 United States Courthouse
601 25th Street
Galveston, TX 77550

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-10)**

Richard Sletten, Clerk
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010